1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorneys
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000




FILED

JUN 13 2007

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>LAQUITA NASHA ANN SCHINK, )<br>)<br>Defendant. )<br>)<br>_____ ) | 01: 07-00128 OWW<br><br>ORDER ON STATE OF CALIFORNIA<br>WRIT FOR HABAES CORPUS <u>AD</u><br><u>PROSEQUENDUM</u> |

On June 1, 2007, a Judge of the Superior Court for the County of Fresno, requested that the body of the above-named defendant be produced in Fresno County Superior Court for further proceedings in the case of <u>People v. Laquita Nasha Ann Schink</u>, Superior Court Number M07-914593. Further action is to commence on or after June 13, 2007. The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action. It appearing that the defendant's presence is needed for an arraignment/preliminary hearing in the state action, and that the next court appearance in the above-entitled case is on or after June 13, 2007:

IT IS HEREBY ORDERED that deputies of the Fresno County

Sheriff's Office may take custody of the defendant pursuant to the terms of the writ, attached to the Government's Application, and from day to day thereafter as is necessary to complete the arraignment and further proceedings in that case, but return him to the custody of the United States Marshal after the June 13, 2007, hearing and any hearing thereafter.

IT IS FURTHER ORDERED that if a federal court date conflicts with a state court date that the federal court date will take precedence over the state court date.

Dated: 6-13-07

HONORABLE OLIVER W. WANGER
United States District Judge

2