1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  LAQUITA N. SCHINK

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. 1:07-cr-0128 LJO
                                       )
12           *Plaintiff,*              )   STIPULATION AND ORDER TO CONTINUE
                                       )   SENTENCING HEARING
13      v.                             )
                                       )
14  LAQUITA N. SCHINK,                 )   DATE:    September 4, 2012
                                       )   TIME:    8:30 A.M.
15           *Defendant.*              )   JUDGE:   Hon. Lawrence J. O'Neill
    _____)
16

17

18          **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel that the sentencing hearing in the above-captioned matter now set for July 30, 2012, **may be**

20  **continued to September 4, 2012 at 8:30 A.M.**

21          Defense is requesting this continuance as defense needs additional time to prepare for the

22  sentencing hearing.  Because of defense counsel's medical appointment schedule, a meeting with client

23  could not be scheduled until recently.  Based on preliminary investigation into the case, defense wishes to

24  explore certain sentencing alternatives and discuss these potential options with the probation officer and

25  the government.

26  ///

27  ///

28  ///

1    As Ms. Schink has already admitted her violation of supervised release, no exclusion of time is

2  necessary under the Speedy Trial Act.

3                                              Respectfully submitted,

4                                              BENJAMIN B. WAGNER
                                               United States Attorney
5

6  DATED: July 23, 2012              By:    /s/ Stanley A. Boone
                                             STANLEY A. BOONE
7                                            Assistant United States Attorney
                                             Attorney for Plaintiff
8

9                                              DANIEL J. BRODERICK
                                               Federal Defender
10

11  DATED:  July 23, 2012            By:    /s/ Charles J. Lee
                                             CHARLES J. LEE
12                                           Assistant Federal Defender
                                             Attorneys for Defendant
13                                           LAQUITA N. SCHINK

14

15

16                              **O R D E R**

17     **Good cause has been stated.  Granted.**

18  IT IS SO ORDERED.

19  **Dated:   July 24, 2012**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28  Schink - Stipulation and [Proposed] Order to
    Continue Sentencing Hearing                  2